IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAI T. VO,<br><br>        Plaintiff,<br>   v.<br><br>JOANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>        Defendant.<br>_____/ | No. C 04-01387 SI<br><br>**ORDER RE: PLAINTIFF'S FAILURE TO FILE OPPOSITION/REPLY BRIEF** |

On April 9, 2004, plaintiff Tai T. Vo filed a complaint seeking judicial review of the denial of Social Security disability benefits. On January 20, 2005, plaintiff filed a motion for summary judgment, and defendant filed an opposition/cross-motion for summary judgment on February 22, 2005. Pursuant to Civil Local Rule 16-5, plaintiff could serve and file an opposition/reply brief within 14 days after service of defendant's cross-motion. Plaintiff has not filed a reply brief and has not contacted the Court requesting any further extension of time.

IT IS THEREFORE ORDERED that plaintiff either submit an opposition/reply brief **on or before August 31, 2005**, or inform the Court in writing by that date that plaintiff does not intend to do so. If plaintiff does not file any further briefing, the matter will be resolved on the pleadings currently on file.

**IT IS SO ORDERED.**

Dated: August 23, 2005

                                                    SUSAN ILLSTON<br>
                                                    United States District Judge